UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-244 SI |
| v. | INFORMATION |
| PAUL FURST, | 41 C.F.R. § 102-74.385<br>40 U.S.C. § 1315 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:.

### COUNT 1
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102-74.385)

On or about July 21, 2020, in the District of Oregon, defendant **PAUL FURST** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse, and failed to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: July 21, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney